





""

**July 2, 1999**

A Publisher Extra® Newspaper

# Pittsburgh Post-Gazette from Pittsburgh, Pennsylvania • Page 25

| | |
|---|---|
| **Publication:** | Pittsburgh Post-Gazette |
| **Location:** | Pittsburgh, Pennsylvania |
| **Issue Date:** | Friday, July 2, 1999 |
| **Page:** | 25 |

Start Free Trial

Find text on this page    Find

## Extracted Article Text (OCR)

no A an 9190 ent 1927W016 DO 100. 0940 onc 3 PITTSBURGH POST-GAZETTE I FRIDAY, JULY 2, 1999 B-7 STATE Former teacher held for trial in molesting of 2 teen -age boys By Torsten Ove Post-Gazette Staff Writer Two teen boys stood before a city magistrate yesterday and said they had engaged in repeated sexual encounters with the former music director at Central Catholic High School, often in a basement band room. "He pressured me constantly to do these things," said one of the boys, now 18, as his father sat in the back of the courtroom and held his head in his hands. "He offered me just about anything. Better grades, free periods, Based on their testimony, Chief City Magistrate William Simmons ordered Martin Bayhan, 31, of Monroeville, held for trial on one count

of involuntary deviate sexual intercourse and two counts each of sexual assault, indecent assault and corruption of minors.

His decision ended a morning of graphic testimony from the boys, both of whom said they had been confused about their sexual orientation in 1997 and 1998 when they said the sex encounters occurred. While the boys willingly performed sex acts numerous times, they said Bayhan's position as their choir teacher in a Catholic school intimidated them into complying. "You look up to your teachers," said the 18-year-old. "You respect them." But the boys said Bayhan never threatened them or physically forced them to have sex, and both visited the teacher in his office even after they had grown uncomfortable with the sexual encounters. The Post-Gazette does not identify witnesses who charge sexual abuse.

One of the boys, now 17, said he once met with Bayhan in his office and told him that he had a pornographic videotape, then drove Bayhan to the boy's house to watch it. There, he said, he and the teacher engaged in sex acts. In another instance after school in the fall of 1998, both boys said they met with Bayhan after choir practice at his request, talked about sex and their sexual orientation and engaged in sex while Bayhan watched. "I felt at the time I was curious," said the 17-year-old, who described himself as gay. "I was confused." In another instance in Bayhan's home, the 17-year-old said he had sex with Bayhan in the basement late at night while the teacher's wife and child were upstairs.

The boys said they didn't tell anyone what was happening in part because they were confused about whether they were gay or straight and partly because the teacher gave them free class periods in school and, in the 18-year-old's case, offered better, grades. said shame played a role, too. "I was embarrassed of the situation," said the 18-year-old. "This was in the basement of a school. Of a Catholic school." In March of this year, the 18-yearold said he got "fed up" with Bayhan seeking sex and told the school psychologist what was going on and school officials notified city police.

Bayhan, a seven-year employee, was suspended from his job with pay on March 17; on April 30, his suspension was continued without pay; and, on June 10, he was fired, according to the Rev. Ron Lengwin, spokesman for the Pittsburgh Catholic Diocese. After the hearing, Bayhan refused to comment and walked out of the courtroom with his wife, ignoring reporters. His attorney, J. Alan Johnson, said the charges were false and described his client as a good family man and an exemplary teacher who is mortified at the allegations.

Johnson argued before the magistrate that the charges didn't apply because Bayhan didn't force the boys to have sex. "I think in both cases that this was done with consent," he said. "There is nothing to support that this was nonconsensual." But Assistant District Attorney Janet Necessary said the charges were appropriate because Bayhan used his position as the boys' teacher to coerce them into sex. "He exploited their vulnerability and confusion," she said. "They both said they felt pressured by Medicaid restored to 32,000 in state MEDICAID FROM PAGE B-1 "I have not heard of